**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Notice of Related Cases in a Criminal Action (Criminal L.R. 8-1(b)) has been filed. Daybreak Express, Inc., a plaintiff in one of the civil cases sought to be related, opposes the notice. As the judge assigned to the case:

4:25-cr-311-YGR
USA v. China International Marine Containers (Group) Co., LTD et al.

I find that the more recently filed cases that I have initialed below are **RELATED** to the case assigned to me, and such cases shall be **REASSIGNED** to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 4:26-cv-5571-HSG | Daybreak Express, Inc. v. China International Marine Containers (Group) Co., Ltd. et al. | **YGR** | |
| 5:26-cv-6337-NW | Atlantic Coast Container, Inc. v. China International Marine Containers (Group) Co., Ltd. et al. | **YGR** | |
| 4:26-cv-6422-HSG | Witte v. China International Marine Containers (Group) Co., Ltd. et al. | **YGR** | |
| 5:26-cv-7447-EJD | VC999 Packaging Systems, Inc. v. China International Marine Containers (Group) Co., Ltd. et al. | **YGR** | |
| 4:26-cv-9548-HSG | Salazar et al. v. China International Marine Containers (Group) Co., Ltd. et al. | **YGR** | |

**ORDER**

The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated

and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: October 9, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE