CHRISTOPHER J. CARLBERG (CABN 269242)
DANIEL B. TWOMEY (CABN 341488)
U.S. Department of Justice, Antitrust Division

450 Golden Gate Avenue, Suite 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
christopher.carlberg@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD., et al.,<br><br>Defendants. | CASE NO. 25-CR-00311-YGR<br><br>**STIPULATION TO CONTINUE DEFENDANT SINGAMAS CONTAINER HOLDINGS LTD.'S INITIAL APPEARANCE AND ARRAIGNMENT** |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Singamas Container Holdings Ltd. ("Singamas") that the summons requiring Singamas to appear in this case on December 15, 2026, (Dkt. 32) has been served on Singamas in accordance with Federal Rule of Criminal Procedure 4(c)(3)(D), and thereby in accordance with Federal Rule of Criminal Procedure 9(c)(1).

Singamas will appear through counsel at an initial appearance and arraignment in this case. It is hereby stipulated by and between counsel for the United States and counsel for defendant Singamas that Singamas's initial appearance and arraignment will be continued from December 15, 2026, to January 20, 2027, at 10:30am PT in Courtroom 4 at the Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, CA, 94612.[1]

[1] This continuance only affects defendant Singamas and does not affect the other three corporate defendants to whom summonses were also issued for them to appear on December 15, 2026 (*i.e.*, Dkts. 29-31). The United States requests that the December 15, 2026, hearing remain on calendar as to those

The undersigned attorney certifies that he has obtained approval from counsel for defendant Singamas to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 12, 2026

/s/ *Christopher J. Carlberg*
CHRISTOPHER J. CARLBERG
Assistant Chief

DANIEL B. TWOMEY
Trial Attorney
United States Department of Justice
Antitrust Division

DATED: November 12, 2026

/s/ *Adam B. Schwartz*
ADAM B. SCHWARTZ
NOAH A. BRUMFIELD
TODD M. STENERSON
KATHRYN J. MIMS
Counsel for Defendant Singamas Containers Holdings Ltd.

three corporate defendants.

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that defendant Singamas Container Holdings Ltd.'s initial appearance and arraignment will be continued from December 15, 2026, to January 20, 2027, at 10:30am PT in Courtroom 4 at the Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, CA, 94612.

IT IS SO ORDERED.

DATED: ____________________

____________________________
KANDIS A. WESTMORE
United States Magistrate Judge